BERTHA G. LEVINE, on Behalf of Herself and All Other Creditors of the Estate of LOUIS L. GREY, Deceased, Appellant and Respondent, *v.* HAROLD N. GREY, Respondent and Appellant.

Argued April 10, 1947; decided May 15, 1947.

*Meyer Kraushaar* and *David I. Kraushaar* for plaintiff, appellant and respondent.

*Edward E. Hoenig* for defendant, respondent and appellant.

Order affirmed, without costs; no opinion. Question certified answered in the affirmative.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.